**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALEXIS GRIFFIN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:25-cv-02961-SHL-cgc |
| LEARNING CARE GROUP D/B/A | ) | |
| LA PETITE ACADEMY, INC., | ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE**
**TO COMPLETE MEDIATION**

Before the Court is the Parties' Joint Motion for Extension of Deadline to Complete Mediation.  (ECF No. 21.)  The Parties scheduled a June 9 mediation with mediator Allen Blair in advance of the June 10 ADR deadline.  (Id. at PageID 60.)  On June 4, however, the Parties "learned that Mr. Blair had a family emergency" that prevented his attendance.  (Id.)  The Parties and Blair "immediately worked to identify an alternative date and were able to reschedule the mediation for June 17."  (Id.)  Thus, the Parties request an eight-day extension of the ADR deadline to June 18, 2026.  (Id.)

For good cause shown, the Motion is **GRANTED**.  The ADR deadline is extended to June 18, 2026.  No further extensions will be granted.

**IT IS SO ORDERED,** this 10th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE